UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRO-SE, KEVIN DAMION CRICHLOW
PLAINTIFF,
INDIVIDUALLY AND ON BEHALF
OF ALL OTHER SIMILARLY
SITUATED, ET. AL

- VS -

COMMISSIONER OF THE NEW
YORK STATE D.O.C.S, ET.AL
WARDEN WILLIAM F. JR
KEYSER, C.O. M. MAKOWSKI,
SGT. MC.COY, SGT. LOFRESE,
C.O. T. FITZPATRICK, LT,
HOLLORAN, SGT. ZWECK,
C.O. NOWHITHEY, C.O. BONNELL,
C.O. SARAH, DSS, BURNETT, ADS,
C. KARSON, C.O. M. PUERSCHNER
C.O. EDWARD PUERSCHNER, DEPUTY
WILLIAM, DEPUTY GOODIN OF RAPE,
CHIEF CLERK SARAH, D.A. JAMES R.
FARRELL, LAWYER KAREN MANNINO
ESQ, MICHAEL F. MCGUIRE, A.D.A.
ANDREANI MICHAEL, CAPT SIPPLE, C.O.
NICOLE ', BELL, C.O. SENT TO CASEY A,
C.O. BENTO "CRIME SCENE," C.O. GILMOUR,
C.O. TERK, LT, MAXWELL, C.O. E. BONNELL,
C.O. FERRIS, HENRY MOORE RN II, NURSE
JOHN-DOE (1) NURSE JOHN-DOE (2) SGT
O'DONNELL, INV. JAMES CROSS DOCCS ROOM
105, LAB CASE : 15HL-02242, AGENCY CASE
NUMBER: 242290/IAD/15/0695 BIOLOGICAL
SCIENCEAL, SEROLOGY CASE REPORT, INMATE
FIGUEROA CONFIDENTIAL RELIABLE SOURCE
WITHIN S.H.U. CELL 253, SGT, COLE, DOCTOR
JEFFREY ARLISS, M.D. J.A.TC./ JOB I.D.
#269432#, CAPT. URBANSKI, C.O. JACOBS,
LAWYER K. MANNINO, LAWYER J-P

**18CV3222**

"COMPLAINT
42.U.S.C.§1983
U.S.C.A.1658
TIME LIMITATION
OF THE COMMENCEM
ENT OF CIVIL
RIGHTS ACTIONS
28.U.S.C.A.1658
42 U.S.C.A.§1981
EQUAL RIGHTS"

JURY TRIAL
☑ YES

C.O. LYONS, NURSE ADMINISTRATOR, G. EGGLER, DR. SIDOROWICZ, NURSE, K, RN, DARBEE REAL OID) RN. DARBEE (2) DENTAL HYGIENIST, MAUREEN KELLER, NURSE, K, JENNINGS A.D.A. GILSON, ALL DEFENDANTS ARE SUES IN HIS AN HER INDIVIDUAL & OFFICIAL CAPACITY OF D.O.C.S. ET. AL.

"PLAINTIFF": MR. KEVIN DAMION CRICHLOW, BY AND THROUGH "PRO-SE" ALLEGE'S UPON KNOWLEDGE AS TO HIMSELF AND @ UPON INFORMATION AND BELIEF AS TO ALL OTHER MATTER'S AS FOLLOW:

"PLAINTIFF EXHAUST ADMINISTRATIVE REMEDIES" BY COMPLETION OF ALL THREE LEVELS OF REVIEW THAT I PRO-SE PRISONER MAY NOW SEEK RELIEF IN FEDERAL COURT UNDER 42 U.S.C.A. § 1981 & 1983 & 18 U.S.C. § 1961 & 42. U.S.C. 1985 & 1986.

(1) : PRELIMINARY - STATEMENT :

MR. CRICHLOW PRO-SE FILES THIS ACTION PURSANT TO 18 U.S.C. § 1961, PURSANT TO 28 U.S.C.A. § 1658. TIME LIMITATIONS ON THE COMMENCEMENT OF CIVIL ACTIONS ARISING UNDER ACTS OF CONGRESS, PURSANT TO 42 U.S.C.A. 1981 (A) STATEMENT OF EQUAL RIGHTS (B) "MAKE AND ENFORCE CONTRACTS" DEFINED (C) PROTECTION AGAINST IMPAIRMENT, PURSANT TO 42 U.S.C. § 1983 & 1985 & 1986, INTERFERE WITH CIVIL RIGHTS ACTION & ACTION FOR FAILURE TO PREVNT & 1985 VIOLATIONS. ALSO 1ST) 4TH) 5TH) 6TH) 8TH) & 14TH) AMENDMENT RIGHTS... ALSO THE FEDERAL REHABILITATION ACT OF 1973 AND THE AMERICANS WITH DISABILITE ACT OF 1990) (SECTION 504) (TITLE 1) (TITLE 2) (TITLE 3) 42 U.S.C. § 12101-12213). 42 U.S.C. § 2000CC-1(A) RLUIPA. 42. U.S.C.A. § 1997 E(E) TO THE UNITE STATES CONSTITUTION. WHILE CONFINED IN SEVERAL SEPARATE FACILITIES IN D.O.C.S. AND "ARISING UNDER COLOR OF STATES LAWS": PLAINTIFF WAS UNNECESSARY

2) DELAY IN BRING PLAINTIFF FOR ARRAIGNMENT

CONSTITUTES VIOLATION OF STATUTE REQUIRING PROMPT ARRAIGNMENT PURSUANT TO WARRANT OF ARREST OR ARREST WITHOUT WARRANT CPL § 120.90, 140.20 ON SEVERAL DIFFERENT OPEN CASE 28.U.S.C. 1658 1981 AMEND:

2) PLAINTIFF CLAIMS FOR RELIEF IN THIS ACTION ARE THAT BY BOTHS COURT AND D.A. DEFENDANTS REFUSING TO RELEASE THE BIOLOGICAL EVIDENCE AS WELL AS HEARING TAPE OF D.O.C.S. HEARING AND AS WELL AS "VIDEO TAPES") BEFORE AND AFTER INCIDENTS EVIDENCE OF D.N.A. TESTING, DEFENDANTS HAVE (1) DEPRIVED PLAINTIFF OF DUE PROCESS OF LAW, ALSO IN SEVERAL OTHER COURTS, PATTERNS OF MISCONDUCT ROUTINELY. (2) DEPRIVED PLAINTIFFS OF THE OPPORTUNITY TO MAKE A CONCLUSIVE SHOWING OF ACTUAL INNOCENCE IN VIOLATION OF THE "CRUEL AND UNUSUAL PUNISHMENT CLAUSE OF THE EIGHTH AMENDMENT, DENYING PLAINTIFF IS ACTUAL INNOCENCE OF THE CRIME BOTHS OF THEM WHICH HE IS INCARCERATED AND CASES THAT D.O.C.S. IS THE REAL PERPETRATOR.) 3 FALSE FELONY COMPLAINTS TO PROLONG HIS PRISONS SENTENCES IN VIOLATION OF THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT. (4)

3) DEPRIVED PLAINTIFF OF HIS RIGHTS TO PRESENT 40 WITNESSES & VIDEO TAPE, OF EVIDENCE OF INNOCENCE IN STATE COURTS & FEDERAL COURTS, OR BEFORE THE NEW YORK STATE BOARD OF PARDONS, IN VIOLATION OF THE CONFRONTATION AND COMPULSORY PROCESS CLAUSESE OF THE SIXTH AMENDMENT, (5) LAWYER KAREN MANNINO, ESQ. DEPRIVED ME ACCESS TO COURT WHEN SHE DELIBERATE DESTORY MY "GRAND JURY MOTION & ABOUT 50 PAGES EVIDENCES OMNIBUS MOTION", CAUSE I TOLD THE COURT I WAS PRO-SE AND DIDNT NEED HER AT MY ARRAIGNED 12.2.2016, ITS ON MY MINUTES SHE SAID SHE MAIL ME ALL OMNIBUS MOTION, THE A.D.A. GIVE IT TO HER ON 12.2.2016, (6) DEPRIVED PLAINTIFFS

3) OF THE OPPORTUNITY TO EFFECTIVELY LITIGATE

HIS CLAIM THAT HE IS INNOCENT OF THE CRIME FOR WHICH HE IS BEING CHARGES BY BOTHs THE ALDEN COUNTY COURT & THE BUFFALO COUNTY COURT AS WELL AS SULLIVAN COUNTY COURT AND MANHATTAN COURT, BROOKLYN COUNTY COURT, FOR WHICH HE IS CURRENTLY INCARCERATED, THEREBY PREVETING PLAINTIFF FROM ACCESS TO THE STATE AND FEDERAL COURT TO OBTAIN LEGAL RELIEF, IN VIOLATION OF THE DUE PROCESS AND EQUAL PROTECTION GUARANTEES OF THE FOURTEENTH AMENDMENT AND, (7) DEPRIVED PLAINTIFF OF HIS RIGHTS TO AVAIL HIMSELF OF THE OPPORTUNITY TO APPLY FOR EXECUTIVE CLEMENCY AND THE FUNCTION THAT EXECUTIVE CLEMENCY SERVES IN PREVENTING THE VIOLATION OF HIS CONSTITUTIONAL RIGHTS THAT WOULD ARISE FROM CONTINUED INCARCERATION OF INMATES WHO CAN MAKE AN ACTUAL SHOWING OF INNOCENCE, DEPRIVE FREEDOM RELIGION (RFRA)

4) PLAINTIFFs WAS DEPRIVED DUE PROCESS & EQUAL PROTECTION WHICH CLERK OF THE COURT & A.D.A. IS OBLIGATED BY LAW TO ACCEPT FILING, AND DOCKET YOUR CRIMINAL COMPLAINT ACCORDING... ITS IS CRIME OF A POLICE OFFICER OR PROSECUTOR TO OFFER FALSE TESTIMONY OR EVIDENCE IN A CRIMINAL PROCEEDING. ITS IS A CRIME FOR C.O.s DOCs OR POLICEs TO FALSE MISBEHAVIOR REPORT, POLICE REPORT, FELONY OR MISDEMEANOR COMPLAINT THAT CONTAIN FALSE INFORMATION.

5) POLICE OFFICER & C.O.s ROUTINELY POLICY AND CUSTOM OF NEW YORK STATEs STAFFs IS INADEQUATELY TRAINED & SEVERAL PATTERNS OF STAFFs MISCONDUCT PLAINTIFF ALLEGES THAT DOCS & STATE POLICE & A.D.A. HAS A COMMON PRACTICE TO ENCOURAGE AND FURTHER ITs EMPLOYEES AND OFFICER PATTERNS OF DISCRIMINATIONs & HARASSMENT AND EXCESSIVE

4

PHYSICL & SEXUAL VIOLENCE IN POPULATION OF D.O.C.S. PRISONS AS WELL AS SEGREGATION UNIT A.K.A. S.H.U.. THEY CONSPIRED TO PRO-LONG INMATES SENTENCES BY PUBLIC SERVANT, IN MY CASES IT CAN BE PROVEN BY PROOF "INDEPENDENT EVIDENCE VIDEO-TAPES HEARING TAPES WITNESSES F. COTTO OF DOCS OFFICE OF SPECIAL INVESTIGATIONS AS WELL AS OTHER PRISONERS DENY ACCESS TO COURT THAT C.O.s & POLICE OFFICE TESTIFIED FALSELY DURING A JUDICIAL PROCEEDING, HE/SHE IS GUILTY OF PERJURY IN THE FIRST DEGREE (D-FELONY) AND OFFICIAL MISCONDUCT (AM A MISDEMEANOR) IF IT CAN BE PROVEN BY LEGAL DOCUMENTS INDEPENDENT EVIDENCE THAT THE PROSECUTOR PROSECUTING THE CASE KNEW ABOUT THE FALSE TESTIMONY OR EVIDENCE BEFOREHAND BUT ALLOWED TO THE WITNESSES TO TESTIFY ANYWAY, THE PROSECUTOR IS ALSO GUILTY OF PERJURY AND OFFICIAL MISCONDUCT.

6) ALL OF ABOVE IS RETALIATIONS FROM REPORTING STAFFS & A.D.A. & POLICE OFFICER MISCONDUCT AND IS PUBLIC SERVANT MOTIVATING FACTOR IN HIS 40 MONTHS S.H.U. & 11 MONTHS KEEP LOCK A TOTAL OF 51 MONTHS "CRUEL AND UNUSUAL PUNISHMENT & DISCIPLINE FOR COLLECTING A LIST OF OF NAMES OF PUBLIC SERVANT THAT VIOLATION OF LAWS & PLAINTIFFS REPORT THEM IN LETTERS & REPORTS OF FELONY COMPLAINTS AS WELL AS GRIEVANCES ABOUT OTHER PRISONER WITNESSES AS WELL AS BEATING UP OTHER INMATES, AND MY-SELF WITNESSES DOCS STAFFS KILLING OF INMATES K. TAYLOR ON APRIL 13. 2015, AS WELL AS SEXUAL ASSAULTED AND ASSAULTED PATTERN OF ABUSED, PATTERN OF ALOT CELL FRISKS, LEAVEING MY CELL IN DISRRAYS LEGAL DOCUMENTS MISSING GRIEVANCES PROPERT DAMAGED ALL PERSONAL PHOTOS OF FAMILY MISSING THAT

5) PASS AWAY WAS MISSING. ALSO ALLEGE OF SEVERAL

EXCESSIVE FORCE IN WHICH SEVEN OFFICERS AT DIFFERENT TIME PUNCHED IN NUTS & MANHOOD, KICK IN FACE, HOLDING PLAINTIFF NECK FROM GETTING AIR IN TO I'VE ALMOST PASS OUT, DAMAGES TO FACE, HAND SHOULDER, LOWER BACK FOOT WAS JUMP ON & ARM AND WRIST BOTHS WAS DAMAGES WITH NO FEELING FOR OVER MONTHS, ARE PART OF PATTERN OF A LARGER POLICY OR CUSTOM OF EXCESSIVE FORCE, PLAINTIFFS ALLEGED THAT SEVERAL CASES OF VIOLENCE THAT OCCURRED SEVERAL YEARS PRIOR TO THE ALLEGED VIOLENCE AGAINST HIM & OTHER PRISONERS, AND THE EXISTENCE OF REPORTS FROM UNSPECIFIED TIME PERIODS OF VIOLENCE AT DOCCS PRISONS FACILITIES, ESTABLISHED A POLICY OR CUSTOM OF VIOLENCE AGAINST PRISONERS, THE DEFENDANTS SUPERVISOR LIABILITY MAY BE SHOWN BY EVIDENCE OF THE SUPERVISOR WAS GROSSLY NEGLIGENT AND DEFENDANTS EXHIBITS DELIBERATE INDIFFERENCE TO THE RIGHTS OF INMATES & DOCCS WERE AWARE OF AND ALLOWED THIS POLICY TO CONTINUE CLAIMS, FOR SEVERAL FALSE ARREST TO COVER UP STAFFS ASSAULTED, MALICOUS PROSECUTION AND CONSPIRACY. HARASSMENT, NEGLIGENT TO INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT, THESE ACTS OF VIOLENCE WHICH HARMED PLAINTIFF & OTHER PRISONERS WAS PART OF LARGER POLICY & CUSTOM AT SEVERAL D.O.C.S. PRISONS, AND DELIBERATE INDIFFERENCE

7) 42 U.S.C.A. § 1981 (A) STATEMENT OF EQUAL RIGHTS (B) "MAKE AND ENFORCE CONTRACTS DEFINED. (C) PROTECTION AGAINST IMPAIRMENT, THE RIGHT PROTECTED BY THIS SECTION ARE PROTECTED AGAINST IMPAIRMENT BY NONGOVERNMENTAL DISCRIMINATION AND IMPAIRMENT UNDER COLOR OF STATE LAW. PLAINTIFFS WAS DEPRIVED AGAINST FOR FILING TWO DIFFERENTS CIVIL RIGHTS PRISONS ACTIONS & PRIOR PATTERN OF DEPRIVED MEDICAL MEDS

6) LIFE SUSTAIN MEDS FOR H.I.V & ENSURE AND PAIN MEDS NERVES PILL NEURONTIN AS

RETALIATIONS WAS CUT OFF ALL OF ABOVE, AS WELL AS MY REASONABLE ACCOMODATION WAS TAKE BY DEFENDANTS, AS WELL AS PATTERN OF SEXUAL ASSAULTS AND ASSAULTED, OVER 20 CELL SEARCH IN LESS THEN 7 MONTHS RETALIATION FOR FILING GRIEVANCES STAFFS MISCONDUCT IS ALWAYS AFTER I FILED GRIEVANCES!

8) "THAT UNDULY STRAINED THE FACILITYS RESOURCES AND COMPROMISED THE PROVISION OF SERVICES NEEDED TO MAINTAIN ACCEPTABLE DAY TO DAY LIVING CONDITION. LEAD TO INCREASED STRESS LEVELS, THESE CONDITION PHYSICAL DISCOMFORT, MEDICAL RISK AND ACTS OF ASSAULTS & SEXUAL ASSAULTS OF PLAINTIFFS AND OTHER PRISONER, AND THE KILLING OF INMATE (K.T) WAS A TOXIN ENVIRONMENT OF ABUSE & AGGRESSION THAT PUT PLAINTIFF AT AN INCREASED RISK OF VIOLENCE..."

9) PLAINTIFF IN PARTICULAR BRING A CLAIMS FOR SEVERAL INJURIES HE SUFFERED WHILE IN THE CUSTODY OF NEW YORK STATES DEPARTMENT OF CORRECTION, AT SEVERAL "D.O.C.S" PRISONS...

10) PURSANT TO 42 U.S.C. §1983 FOR "DEPRIVATION § 1658, TIME LIMITATIONS ON THE COMMENCEMENT OF CIVIL ACTIONS ARISING UNDER ACT OF CONGRESS (A)(B)(1)(2) 28 U.S.C.A. §1658 "DEPRVATION, DISCRIMINATION AND IMPAIRMENT UNDER COLOR OF STATES LAW. 42. U.S.C.A. §1981. EQUAL RIGHTS UNDER THE LAW (A)(B)(C) OF THE RIGHTS PRIVILEGES AND IMMUNITIES SECURED TO HIM BY THE UNITED STATES CONTITUTION AND IN PARTICULAR, THE FEDERAL REHABILITATION ACT OF 1973 & THE AMERICANS WITH DISABILITIE" ACTS OF 1990 THE (1ST) 4TH) 5TH) 6TH) 8TH) 14TH)

7) AMENDMENTS...

68

**INTS CORRECTIONAL FACILITY**
ROUTE 96, P.O. BOX 119
US, NEW YORK 14541

KEVIN CRICHLOW DIN: 08A3511  LOC: 12-C-4-04B

Five Points
Correctional Facility


neopost  FIRST-CLASS MAIL
04/09/2018
US POSTAGE $000.68⁰

ZIP 14541
041M11272007


USMP3
SDNY

PRO-SE
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN U.S.
COURT HOUSE
500 PEARL STREET
NEW YORK, N.Y. 10007-1312

1000781330 C014