> Application granted in part. Defendants shall serve and file their motion on February 5, 2021, Plaintiff shall serve and file his opposition papers on March 8, 2021, and Defendants' reply, if any, shall be served and filed on March 19, 2021.
>
> Likewise, Defendants' time to respond to Plaintiff's most recent Declaration (Doc. 133), with citation to case law, is extended to January 29, 2021.
>
> The Clerk of the Court is respectfully directed to terminate motion sequence pending at Doc. 132 and mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> January 21, 2021

STATE [OF NEW YORK]
OFFICE OF THE [ATTORNEY GENERAL]

LETITIA JAMES
ATTORNEY GENERAL

[...] COUNSEL [BU]REAU

DIRE[...]

**BY ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Crichlow v. Annucci*, No. 18 Civ. 3222 (PMH)

Dear Judge Halpern:

This Office represents defendants Annucci, Arliss, Makowski, McCoy, Sipple, Cole, Keyser, Fitzpatrick, Burnett, Holloran, Puerschner, Karson, Jordan, Gilmour, Kohler, Skseveland, Layton, Buchanan, Fuller, Askew, Korobkova, Moshier, Wolf, Provx, and LaPenna ("Defendants") in the above-referenced case. I am a Deputy Section Chief and one of the supervisors of Defendants' counsel of record Assistant Attorney General ("AAG") Jessica Acosta-Pettyjohn. I write to respectfully request that the deadlines set by the Court in connection with Defendants' motion to dismiss be extended by two weeks. Specifically, the date for Defendants to serve and file their motion be extended from January 22, 2021 to February 5, 2021; Plaintiff's date to serve and file papers in opposition to the Motion be extended from February 22, 2021 to March 5, 2021, and Defendants' reply be extended from March 5, 2021 to March 19, 2021.

The grounds for this request are that AAG Acosta-Pettyjohn, the attorney assigned to this case, had to leave work due to a sudden family medical emergency and is not expected to return until sometime next week.

We did not request the consent of incarcerated Plaintiff pro se for this extension because of the difficulties communicating by mail and the need to make this request forthwith. One previous request for an extension of time was granted on January 7, 2021. (*See* ECF Dkt. No. 128).

Respectfully Submitted,

/s Julinda Dawkins
Julinda Dawkins
Assistant Attorney General
Julinda.Dawkins@ag.ny.gov

Page 2

cc: Kevin Damion Crichlow
DIN 08-A-3511
Eastern New York Correctional Facility
Box 338
Napanoch, NY 12458-0338