UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN DAMION CRICHLOW,

                          Plaintiff,

-against-

ACTING COMMISSIONER ANTHONY J. ANNUCCI, et al.,

                          Defendants.

**ORDER**

18-CV-03222 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Defendants are directed to serve and file a response to the Declaration Plaintiff filed on February 15, 2022 on or before February 25, 2022. (*See* Doc. 202).

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated:   White Plains, New York
           February 17, 2022

_____
PHILIP M. HALPERN
United States District Judge