UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN DAMION CRICHLOW,

               Plaintiff,

-against-

ACTING COMMISSIONER ANTHONY J. ANNUCCI DOCCS, et al.,

               Defendants.

**ORDER**

18-CV-03222 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Defendants are directed to serve and file a response to Plaintiff's April 22, 2022 filing (Doc. 216) by April 29, 2022. The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                                   SO ORDERED:

Dated:  White Plains, New York
          April 27, 2022

                                   PHILIP M. HALPERN
                                   United States District Judge