UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN DAMION CRICHLOW,

               Plaintiff,

- against -

ANTHONY ANNUCCI, et al.,

               Defendants.

**ORDER**

18-CV-3222 (PMH)

PHILIP M. HALPERN, United States District Judge:

Defendants filed, on October 13, 2023, a proposed order seeking to compel Plaintiff's deposition. (Doc. 300). Plaintiff is directed to file a response, by October 20, 2023 at 5:00 p.m., to the proposed order submitted by Defendants.

The Court shall hold a discovery conference on October 24, 2023 at 10:00 a.m. in Courtroom 520 of the White Plains Courthouse.

                                  **SO ORDERED.**

Dated:   White Plains, New York
          October 16, 2023

                                         PHILIP M. HALPERN
                                         United States District Judge