UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEVIN DAMION CRICHLOW,

                Plaintiff,

   – against –

ANTHONY ANNUCCI, et al.,

                Defendants.
-----------------------------------------------------------------X

18-CV-3222 (PMH)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff, KEVIN DAMION CRICHLOW, DIN 08-A-3511, by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional facility where he is located, and

      Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the complaint in this action.

Dated: White Plains, New York
       October 18, 2023

                                              SO ORDERED.

                                              _____
                                              HON. PHILIP M. HALPERN
                                              United States District Judge