UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

KEVIN CRICHLOW

                               Plaintiff,

      -against-

SIPPLE, et al.

                             Defendants.
-------------------------------------------------------- x

**ORDER CREATING KEVIN CRICHLOW SUPPLEMENTAL NEEDS TRUST**

18-CV-03222 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The parties in the above-captioned matter having reached a settlement agreement to be so ordered by the Court, and having agreed upon the amount Defendants will pay Kevin Crichlow ("Plaintiff"), subject to the provisions of the settlement agreement and order, and having agreed that same shall be made payable to Plaintiff, and deposited into the Kevin Crichlow Supplemental Needs Trust in accordance with the New York Estates Powers and Trusts Law § 7-1.12, and the proposed trust having been submitted to this Court for approval, and

      NOW, upon the review of the papers, and in particular the proposed supplemental needs trust, the Court finds that Plaintiff, the Beneficiary, is a disabled person as defined in the Social Security Act, § 1614(a)(3)(A), and 42 U.S.C. § 1382(a)(1)(A); and that it would be in the best interests of the Beneficiary for this Court to enter an order and decree establishing the "Kevin Crichlow Supplemental Needs Trust," as specified in 42 U.S.C. § 1396p(d)(4), as amended August 10, 1993, by the Revenue Reconciliation Act of 1993, Pub. L. 103-55.

      IT IS THEREFORE ORDERED, that the proposed Kevin Crichlow Supplemental Needs Trust is approved and established for the benefit of Plaintiff.

**SO ORDERED.**

Dated: White Plains, New York
September 4, 2024

_____
PHILIP M. HALPERN
United States District Judge